■ JAMES C. ALLANSON, JR., et al., Appellants, v JOHN E. CUMMINGS et al., Respondents. (Appeal No. 2.) — Order unanimously affirmed, without costs. Same opinion as in *Allanson v Cummings* (81 AD2d 16). (Appeal from order of Oswego Supreme Court — dismiss complaint.) Present — Cardamone, J.P., Simons, Hancock, Jr., Denman and Schnepp, JJ.